IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TOMMY J. KNIGHT,              )
AIS 149164,                   )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:14cv859-MHT
                              )
KIM THOMAS, et al.,           )
                              )
     Defendants.              )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 20), to which no objection has been filed, is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

(3) The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 10th day of December, 2014.

　　　　　　　　　　　　　/s/ Myron H. Thompson____
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE